USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPORTSK.COM INC.,

    Plaintiff,

-against-

DALLAS COWBOYS MERCHANDISING,
NFLPA, OUTERSTUFF LTD., and PBP
RESEARCH B.V.,

    Defendants.

1:19-cv-11734

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Whereas this case has been assigned to me for all purposes, it is hereby,

ORDERED that the Initial Pretrial Conference previously scheduled for February 18, 2020 is adjourned to March 26, 2020 at 11:00AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Plaintiff is directed to send a copy of this Order to the Defendants and their counsel.

Counsel are further directed to submit a joint letter to the Court no later than **4:00PM on March 19, 2020.** The parties should append the most recent complaint and the most recent scheduling order to the status letter. The letter should be filed on ECF. The status letter may not exceed 6 pages and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's

diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members, shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture and upcoming deadlines, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order, Case Management Plan, or deadlines remain in effect notwithstanding the case's transfer. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline or conference.

**SO ORDERED.**

Date: February 7, 2020
New York, NY

MARY KAY VYSKOCIL
United States District Judge