UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SportsK.com Inc. d/b/a Jersey World,

                  *Plaintiff*,

     -against-

                                        Case No. 19-cv-11734

NFLPA; Dallas Cowboys Merchandising; PBP Research
B.V.; and Outerstuff Ltd.,

                  *Defendant*.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Outerstuff LLC s/h/a Outerstuff

Ltd., by and through its attorneys Koster, Brady & Nagler, LLP, states that it is owned by

Outerstuff Holdings LLC, which is owned by OS Investment Holdings Inc. and is owned by

Blackstone Capital Partners VI/NF L.P. It issues no stock.

Dated: New York, New York
       March 9, 2020

                                 Respectfully Submitted,

                                 KOSTER, BRADY & NAGLER, LLP

         By:          _____

                                   Warren S. Koster
                                   Matthew J. Koster
                                   One Whitehall Street, 10th Floor
                                   New York, New York 10004
                                   Tel.: (212) 248-8800
                                   wkoster@kbn-law.com
                                   mkoster@kbn-law.com

                                 *Attorneys for Defendant Outerstuff LLC*

KOSTER, BRADY & NAGLER, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800