UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SportsK.com Inc. d/b/a JerseyWorld,

          Plaintiff,

          v.

National Football League Players Association;
Dallas Cowboys Merchandising; PBP Research
B.V.; and Outerstuff Ltd.,

          Defendants.
-------------------------------------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:   3/13/2020

Case No. 19-cv-11734

**NOTICE OF DISMISSAL**
**WITH PREJUDICE**

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein against Defendants National Football League Players Association, PBP Research B.V., Outerstuff LLC and Outerstuff Ltd. are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

**ROSENBAUM FAMULARO, P.C.**

Dated: March 13, 2020

By: */s/ Cory J. Rosenbaum*
CJ Rosenbaum
138A E. Park Ave
Tel: (212) 256-1109
cj@AmazonSellersLawyer.com

*Counsel for Plaintiff SportsK Inc.*

**SO ORDERED**
_____ 3/13/2020
United States District Judge