

138 A East Park Avenue
Long Beach, New York 11561
212-256-1109 / 1-877-9-Seller

April 17, 2020

**To:**
Hon. Mary Kay Vyskocil
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**      **SportsK.com d/b/a/ JerseyWorld v. Dallas Cowboys Merchandising et. al. 19-cv-11734- Letter in Opposition**

Dear Honorable Vyskocil,

    We represent plaintiff SportsK.com d/b/a JerseyWorld in the above referenced matter. We are writing pursuant to Rule 2.B. of your Honor's individual rules of practice for civil cases and in response to your scheduling order issued April 3, 2020. The plaintiff elects to amend its pleading and shall file the Amended Complaint by May 5, 2020.

    Yours, etc.,
    /s/ *Cory J. Rosenbaum*
    Cory J. Rosenbaum, Esq.